**Investigative Process Service, Inc.**
P. O. Box 3551
Orlando, FL 32802-3551
**Phone: (407) 426-7433**
**Fax: (407) 426-6968**
**Tax No: 20-4558353**

# INVOICE

**Invoice #ILS-2013010382**
**8/19/2013**

Robert E. Bonner
Meier, Bonner, Muszynski, Doyle & O'Dell
260 Wekiva Springs Rd.
Suite 2000
Longwood, FL 32779

Your Contact: Shari
**Case Number: Middle 6:10-CV-979-ORL-35-GJK**

Plaintiff:
**Larry Thompson, et al.**

Defendant:
**Scott Mostert, et al.**

Received: 8/12/2013   Served: 8/14/2013 12:45 pm  INDIVIDUAL
To be served on: Anthony B. Cambell

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee - 500 North Drive, Ste 10 (Brevard Co) | 1.00 | 40.00 | 40.00 |
| Additional Address - 1238 Auburn Lakes Dr (Brevard Co) | 1.00 | 30.00 | 30.00 |
| Personal Service Only Service | 1.00 | 10.00 | 10.00 |
| Tax | 1.00 | 6.50% | 0.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| **BALANCE DUE:** | | | **$80.00** |

**Comments pertaining to this Invoice:**
Attempted 1238 Auburn Lakes Drive, Rockledge, FL 32955, subject does not reside at given address per daughter.  Subject contacted me from card left with daughter and requested to meet me at his place of employment. Served at POE:  500 North Drive, Suite 10, Melbourne, FL 32934 as listed above. SUBJECT STATED HIS CURRENT RESIDENTIAL ADDRESS IS:  23 ORANGE AVENUE, ROCKLEDGE, FL 32955

RECEIVED

AUG 2 1 2013

ORIGINAL AFFIDAVIT OF SERVICE IS ATTACHED FOR FILING WITH THE COURT.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Investigative Process Service, I.**
**P. O. Box 3551**
**Orlando, FL 32802-3551**
**Phone: (407) 426-7433**
**Fax: (407) 426-6968**
**Tax No: 20-4558353**

# INVOICE

Robert E. Bonner
Meier, Bonner, Muszynski, Doyle & O'Dell
260 Wekiva Springs Rd.
Suite 2000
Longwood, FL 32779

Your Contact: Shari
**Case Number: Middle 6:10-CV-979-ORL-35-GJK**

Plaintiff:
**Larry Thompson, et al.**

Defendant:
**Scott Mostert, et al.**

Received: 3/11/2011  Served: 3/21/2011 5:33 pm  INDIVIDUAL
To be served on: Jordan Thompson, Narconon Arrowhead Drug Rehabilitation Center

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 100.00 | 100.00 |
| Rush Fee | 1.00 | 40.00 | 40.00 |
| Advance Witness Fee | 1.00 | 50.75 | 50.75 |
| Tax | 1.00 | 6.50% | 0.00 |
| TOTAL CHARGED: | | | $190.75 |

**BALANCE DUE:** $190.75

RECEIVED
MAR 3 1 2011

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

Incorporated Magi
P. O. Box 590721
Orlando, Florida 32859
(407) 859-0460

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 9/26/2011 | 2310 |

| BILL TO | Job Description |
| --- | --- |
| Meier, Bonner, Muszynski, O'Dell<br>260 Wekiva Springs Road<br>Suite 2000<br>Longwood, FL 32779 | State v. Thompson<br>Trial transcript<br><br>Reporter:  Ann Baldassari |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 9/26/2011 | Trial transcript taken from three days of digital video recording held on 10/15/2007, 10/16/2007 and 10/17/2007, 330 pages | 2,310.00 |
| | Includes Original and PDF emailed | 0.00 |

RECEIVED

SEP 2 6 2011

Thank you for your business!
Please make check payable to Incorporated Magi
Tax ID No. 65-0304050

**Total**  2,310.00

| DUE DATE |
| --- |
| 10/26/2011 |

# INVOICE



**First-Choice**
REPORTING SERVICES
www.firstchoicereporting.com

121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407)767-8166 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 126046 | 7/25/2011 | 163757 |
| **Job Date** | **Case No.** | |
| 3/22/2011 | 6:10-CV-979-ORL-35-GJK | |
| **Case Name** | | |
| Thompson, Larry and Judith vs Mostert, Scott | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert Bonner, Esq.
Meier, Bonner, Muszynski, et al.
260 Wekiva Springs Road
Suite 2000
Longwood FL 32779

Transcript not ordered
   Jordan Thompson             115.00
      Hourly

**TOTAL DUE >>>**    **$115.00**
AFTER 8/24/2011 PAY    $126.50

Reference No.  : AP-1081

Payment is not contingent upon client reimbursement.

**RECEIVED**

JUL 26 2011

**Tax ID:** 59-347-3648        Phone: 407-872-7774 (677)   Fax:407-872-7997

*Please detach bottom portion and return with payment.*

Robert Bonner, Esq.
Meier, Bonner, Muszynski, et al.
260 Wekiva Springs Road
Suite 2000
Longwood FL 32779

Job No.    : 163757      BU ID    :Out State
Case No.  : 6:10-CV-979-ORL-35-GJK
Case Name : Thompson, Larry and Judith vs Mostert, Scott

Invoice No. : 126046     Invoice Date :7/25/2011
**Total Due : $ 115.00**
AFTER 8/24/2011 PAY $126.50

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To:** **First-Choice Reporting Services, Inc.**
        **P.O. Box 1353**
        **Orlando FL 32802**



**KING**
reporting & video
conference
center

14 Su___ee Place, Suite 101 ~ Viera Melbourne, F_ 32940
Phone: (321) 242-8080  Fax: (321) 242-8088
www.kingreporting.com
Tax ID# 59-3350827

# Invoice

| Invoice # | 24475 |
|---|---|
| Date | 4/13/2011 |

David Lane, Esquire
Meier, Bonner, Muszynski, et al
260 Wekiva Springs Road
Suite 2000
Longwood, Florida  32779

| Job Date | Reporter |
|---|---|
| 4/6/2011 | JC |

|  | Qty | Rate | Amount |
|---|---|---|---|
| THOMPSON VS MOSTERT | | | |
| 6:10-CV-979-ORL-35-GJK | | | |
| DEPOSITIONS OF SCOTT MOSTERT/RACHANEE SMOAK | | | |
| SCOTT MOSTERT-Certified Copy | 60 | 2.65 | 159.00 |
| Compressed Certified Copy | 60 | 0.25 | 15.00 |
| Exhibits - B/W copies | 4 | 0.50 | 2.00 |
| RACHANEE SMOAK-Original | 42 | 3.95 | 165.90 |
| E-Transcript  (.ptx) | 1 | 10.00 | 10.00 |
| Delivery/Handling Charges | 1 | 15.75 | 15.75 |

RECEIVED

APR 1 5 2011

No credit is extended to attorneys' clients or other third parties. In accepting performance for our services, attorney agrees to be responsible for payment. All accounts over 30 days subject to 1 1/2% service monthly from date of notice.

For your convenience we accept MasterCard, Visa and American Express

| Total | $367.65 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $367.65 |



14 Sundee Place, Suite 101 ~ Viera Melbourne, FL 32940
Phone: (321) 242-8080  Fax: (321) 242-8088
www.kingreporting.com
Tax ID# 59-3350827

# Invoice

| Invoice # | 24283 |
|---|---|
| Date | 3/29/2011 |

Robert Bonner, Esquire
Law Office
260 Wekiva Springs Rd.
Suite 2000
Longwood, Florida  32779

| Job Date | Reporter |
|---|---|
| 3/22/2011 | LH |

| | Qty | Rate | Amount |
|---|---|---|---|
| **THOMPSON VS MOSTERT/SMOAK/CITY OF MELBOURNE** | | | |
| **6:10-CV-979-ORL-35-GJK** | | | |
| **DEPOSITIONS OF JUDITH THOMPSON/LARRY THOMPSON** | | | |
| | | | |
| **Attendance Fee-1st hour** | 1 | 65.00 | 65.00 |
| **Attendance Fee - Subsequent Hours** | 1.25 | 50.00 | 62.50 |
| **JUDITH THOMPSON-Original** | 70 | 3.95 | 276.50 |
| **LARRY THOMPSON-Original** | 52 | 3.95 | 205.40 |
| **E-Transcript  (.ptx)** | 1 | 10.00 | 10.00 |
| **Delivery/Handling Charges** | 1 | 15.75 | 15.75 |

RECEIVED

MAR 3 1 2011

No credit is extended to attorneys' clients or other third parties. In accepting performance for our services, attorney agrees to be responsible for payment. All accounts over 30 days subject to 1 1/2% service monthly from date of notice.

For your convenience we accept MasterCard, Visa and American Express

| Total | $635.15 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $635.15 |

**MEIER, BONNER, MUSZYNSKI,**
**O'DELL & HARVEY, P.A.**
08/09/2013

23987

| Payee: | ANTHONY B. CAMBELL | Check # 23987 |
| Amount: | $72.00 | Request # 39856 |
| | **For:** 10-1083 Witness Fee for Trial - Anthony Cambell | Conflict: N   By *SC |

| Matter ID | Matter Name | Amount |
|-----------|-------------|--------|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $72.00 |



# Invoice

THE PRESENTATION GROUP
LITIGATION SUPPORT

Federal Tax ID 59-3249956

P.O. Box 536934
Orlando, FL 32853-6934
(407) 859-3099 phone
(407) 895-4810 fax
www.presentationgroup.com

| Date | Invoice # |
|------|-----------|
| 8/22/2013 | 5909 |

| Bill To: | Ship To: |
|----------|----------|
| Meier, Bonner, et al, P.A.<br>260 Wekiva Springs Rd.<br>Suite 2000<br>Longwood, FL 32779 | Meier, Bonner, et al, P.A.<br>260 Wekiva Springs Rd.<br>Suite 2000<br>Longwood, FL 32779 |

| P.O. NO. | TERMS | REP | SHIP DATE | TIME | JOB # |
|----------|-------|-----|-----------|------|-------|
| Shari Cutlip | Due On Receipt | FL3 | 8/22/2013 | 2:00 | 8-075 |

| Item | Description | Ordered | Rate | Amount |
|------|-------------|---------|------|--------|
| CS | Case Reference: Thompson v Mostert | | | 0.00 |
| COPL2 | Black & White Copies 8.5 x 11-Litigation Level 2 | 930 | 0.13 | 120.90 |
| COPC1 | Color Copies 8.5 x 11-Quantity 1-50 | 18 | 1.00 | 18.00 |
| COPDIVG | Tabs & Labels - Generic | 78 | 0.40 | 31.20 |
| COPBD2 | Binders - 2" (3-Ring Binder) | 3 | 6.00 | 18.00 |
| | Subtotal | | | 188.10 |

Thank you for being a valued customer!

| | |
|---|---|
| Subtotal | $188.10 |
| Sales Tax (6.5%) | $12.23 |
| **Total** | $200.33 |

Signature_____ Date _____

**PLEASE PAY FROM THIS INVOICE AND REFERENCE INVOICE NUMBER ON REMITTANCE ADVICE. NO FURTHER INVOICE WILL BE MAILED**

*Thompson*

RECEIPT #: V   000494177      DATE: 08-22-2013      TIME: 14:36:09
RECEIVED OF: PUBLIC                                 MEMO: COPIES
PART. ID: 1775416
BY CLERK: HAZEL A
CHECKS:

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $5.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| | 2632 | PMT: CIR CIV COPY PER PAGE | | $3.00 |
| | 2644 | PMT: CIR CIV CERTIFICATION | | $2.00 |
| | | TOTAL RECEIPT... | | $5.00 |

TO VIEW CASE INFORMATION, VISIT OUR WEBSITE:

www.brevardclerk.us





**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287



**INVOICE**
0025-HRM-13971

## PAYMENT INFORMATION

MEIER BONNER MUSZYNSKI O'DELL & HAR
260 WEKIVA SPRINGS ROAD
SUITE 2000
LONGWOOD, FL 32779

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

*Your Payment:* _____

*Amount Due:* 53.08

*Date Due:* DUE UPON RECEIPT

--------------- PLEASE CUT ALONG THE DOTTED LINE AND RETURN THE ABOVE STUB WITH YOUR PAYMENT ---------------



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0025-HRM-13971

*Account :* 407872777402

*Facility :* HOLMES REGIONAL MEDICAL CENTER

*Patient :* JUDITH THOMPSON

*S.S.N. :*

*Customer Ref. :* 6:10-CV-979-ORL-35-GJK

*Price Class :* FL SUBPOENA (HOSP)

*Invoice Date :* 5/2/2011

*Request No. :* 11489958

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Hard Copy | 97 | 0.00 | 0.00 |
| Combined Pages | 97 | 1.00 | 97.00 |
| CERTIFIED MAIL | 1 | 5.10 | 5.10 |
| YEARS SEARCHED | 23 | 1.00 | 23.00 |
| | | *Sub Total :* | 125.10 |
| | | *Tax :* | 8.40 |
| | | *Postage :* | 5.20 |
| | | *Prepayment :* | 85.62 |
| | | *AMOUNT DUE :* | 53.08 |

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS. IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PER MONTH AND COST OF COLLECTION. WE ACCEPT ALL MAJOR CREDIT CARDS. U.S. FUNDS ONLY

### CUSTOMER - SHIP TO

AN INVOICE HAS BEEN MAILED TO THE BILL TO OFFICE FOR PAYMENT. KEEP INVOICE COPY FOR YOUR RECORDS.

RECEIVED

MAY 25 2011

**MEIER, BONNER, MUSZYNSKI,
O'DELL & HARVEY, P.A.**
05/31/2011

| | | |
|---|---|---|
| **Payee:** | IOD INCORPORATED | **Check # 22036** |
| **Amount:** | $53.08 | **Request #** 36191 |
| | **For:** 10-1083 INV# 0025-HRM-13971 - HOLMES REG. | **Conflict: N   By** *SC |

| Matter ID | Matter Name | Amount |
|---|---|---|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $53.08 |

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
**Accounting Fax#**
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 3/16/2011 | 209146 |

# Invoice

**Federal Tax ID#**
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Meier, Bonner, et al, P.A.<br>260 Wekiva Springs Rd.<br>Suite 2000<br>Longwood, FL 32779<br>Attn: Shari Cutlip | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Shari Cutlip | Due On Receipt | FL3TM | 3/15/2011 | Our Driver | IM03-056 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Reference: Thompson/10-1083 | | 0.00 | 0.00 |
| IMGDOCBW1 | Document Imaging - Black & White: Level 1 | 1,481 | 0.12 | 177.72 |
| IMGDOCCL | Document Imaging - Color | 10 | 0.85 | 8.50 |
| IMGCDM | Digital Copy - CD Master | 1 | 30.00 | 30.00 |
| | Subtotal | | | 216.22 |
| | Orange County, FL Sales Tax | | 6.50% | 14.05 |

RECEIVED

MAR 1 8 2011

| | |
|---|---|
| **Total** | $230.27 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $230.27 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.







*iod incorporated*
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

# PREPAY LETTER

0025-HRM-11478325

MEIER BONNER MUSZYNSKI O'DELL HARVE
260 WEKIVA SPRINGS ROAD
SUITE 2000
LONGWOOD, FL 32779

## PAYMENT INFORMATION

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

| | | | |
|---|---|---|---|
| **Account:** | 407872777402 | **Patient:** | LARRY THOMPSON |
| **Fax No.:** | | **S.S.N.:** | ***-**-4676 |
| **Ref#:** | 4676 | **Date:** | 3/4/2011 |
| **Price Class:** | FL SUBPOENA (HOSP) | **Request No.:** | 11478325 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Hard Copy | 120 | 0.00 | 0.00 |
| Combined Pages | 120 | 1.00 | 120.00 |
| CERTIFIED MAIL | 1 | 5.10 | 5.10 |
| YEARS SEARCHED | 22 | 1.00 | 22.00 |
| | | *Sub Total :* | 147.10 |
| | | *Tax :* | 9.94 |
| | | *Postage :* | 5.20 |
| | | *Prepayment :* | 0.00 |
| | | *AMOUNT DUE :* | 162.24 |

**Continued ...**

RECEIVED
MAR 1 0 2011

**MEIER, BONNER, MUSZYNSKI,**
**O'DELL & HARVEY, P.A.**
3/22/2011

| | | **Check # 21888** |
|---|---|---|

**Payee:** IOD INCORPORATED

**Amount:** $162.24     **For:** 10-1083 HOLMES REG RCDS - LARRY

**Request #** 35916

**Conflict: N   By** *SC

| Matter ID | Matter Name | Amount |
|---|---|---|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $162.24 |

 



***iod incorporated***
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

**PREPAY LETTER**

0025-HRM-11489958

MEIER BONNER MUSZYNSKI O'DELL HARVE
260 WEKIVA SPRINGS ROAD
SUITE 2000
LONGWOOD, FL 32779

## PAYMENT INFORMATION

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

| | | | |
|---|---|---|---|
| *Account:* | 407872777402 | *Patient:* | JUDITH THOMPSON |
| *Fax No.:* | | *S.S.N.:* | ***-**- |
| *Ref#:* | 6:10-CV-979-ORL-35-GJK | *Date:* | 3/15/2011 |
| *Price Class:* | FL SUBPOENA (HOSP) | *Request No.:* | 11489958 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Hard Copy | 50 | 0.00 | 0.00 |
| Combined Pages | 50 | 1.00 | 50.00 |
| CERTIFIED MAIL | 1 | 5.10 | 5.10 |
| YEARS SEARCHED | 23 | 1.00 | 23.00 |
| | | *Sub Total :* | 78.10 |
| | | *Tax :* | 5.11 |
| | | *Postage :* | 2.41 |
| | | *Prepayment :* | 0.00 |
| | | *AMOUNT DUE :* | 85.62 |

**Continued ...**

RECEIVED
MAR 18 2011

**MEIER, BONNER, MUSZYNSKI,**
**O'DELL & HARVEY, P.A.**
3/22/2011

| | | Check # 21887 |
|---|---|---|
| **Payee:** | IOD INCORPORATED | **Request #** 35915 |
| **Amount:** | $85.62 | **For:** 10-1083 INV# 11489958 - HOLMES REG RCDS - **Conflict: N  By** *SC |

| Matter ID | Matter Name | Amount |
|---|---|---|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $85.62 |

**MIMA** Melbourne Internal Medicine Assoc.

# Invoice

Copy Center
PO Box 306
Melbourne, FL 32902
321-725-4500 EXT: 307

| DATE | INVOICE # |
|------|-----------|
| 3/10/2011 | 2221561 |

| BILL TO |
|---------|
| MEIER BONNER MUSZYNSKI O'DELL & HARVEY, P<br>260 WEKIVA SPRINGS ROAD<br>LONGWOOD, FL 32779 |

| MIMA TAX ID # 59-1224281 |
|--------------------------|

| P.O. NO. | TERMS | |
|----------|-------|---|
| 2 SUBPOENAS | NET 30 DAYS | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 25 | Per Page Copy first 25 | 1.00 | 25.00 |
| 196 | Per Page Copy  Additional | 0.25 | 49.00 |
| | | | |
| | Patient Name:LARRY THOMPSON<br>DOB:8/1/1957<br>MIMA Account#:1496868 | | |
| | MIMA SUBPOENA<br>DR KYLE ANDERSON SUBPOENA  RECORDS INCLUDED<br>WITH ABOVE | | |
| | ROBERT F. BONNER, ESQ.<br>PH 407-872-7774<br>FX 407-872-7997 | | |

RECEIVED
MAR 1 8 2011

Please include invoice # with payment
Thank You

| **Total** | $74.00 |
|-----------|--------|

**MEIER, BONNER, MUSZYNSKI,**
**O'DELL & HARVEY, P.A.**
3/22/2011

| | | |
|---|---|---|
| **Payee:** | MELBOURNE INTERNAL MEDICINE ASSOC. | **Check # 21886** |
| **Amount:** | $74.00    **For:** 10-1083 MEDICAL RECORDS - LARRY | **Request # 35914** |
| | | **Conflict: N   By** *SC |

| Matter ID | Matter Name | Amount |
|---|---|---|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $74.00 |

21861

**MEIER, BONNER, MUSZYNSKI,**
**O'DELL & HARVEY, P.A.**
3/14/2011

| | | |
|---|---|---|
| **Payee:** | Melbourne Internal Medicine Assoc. | **Check # 21861** |
| **Amount:** | $171.00 | **Request # 35870** |
| | **For:** 10-1083 - Inv#s 2221563 & 2221561 | **Conflict:** N  **By** *SC |

| Matter ID | Matter Name | Amount |
|---|---|---|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $171.00 |

\* Note Total on 2 invoices

**MIMA** Melbourne Internal Medicine Assoc.

Copy Center
PO Box 306
Melbourne, FL 32902
321-725-4500 EXT: 307

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/10/2011 | 2221563 |

| BILL TO |
|---------|
| MEIER BONNER MUSZYNSKI O'DELL & HARVEY, P<br>260 WEKIVA SPRINGS ROAD<br>LONGWOOD, FL 32779 |

MIMA TAX ID # 59-1224281

| P.O. NO. | TERMS | |
|----------|-------|---|
| 2 SUBPOENAS | NET 30 DAYS | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 25 | Per Page Copy first 25 | 1.00 | 25.00 |
| 288 | Per Page Copy Additional | 0.25 | 72.00 |
| | Patient Name: JUDITH THOMPSON<br>DOB: 5/10/1959<br>MIMA Account#: 1555267<br><br>MIMA SUBPOENA<br>DR ANN QUESADA SUBPOENA RECORDS INCLUDED WITH ABOVE<br><br>ROBERT F. BONNER, ESQ.<br>PH 407-872-7774<br>FX 407-872-7997 | | |

Please include invoice # with payment
Thank You

| **Total** | $97.00 |
|-----------|--------|

**MIMA** Melbourne Internal Medicine Assoc.

# Invoice

Copy Center
PO Box 306
Melbourne, FL 32902
321-725-4500 EXT: 307

| DATE | INVOICE # |
|------|-----------|
| 3/10/2011 | 2221561 |

| BILL TO |
|---------|
| MEIER BONNER MUSZYNSKI O'DELL & HARVEY, P<br>260 WEKIVA SPRINGS ROAD<br>LONGWOOD, FL 32779 |

MIMA TAX ID # 59-1224281

| P.O. NO. | TERMS |
|----------|-------|
| 2 SUBPOENAS | NET 30 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 25 | Per Page Copy first 25 | 1.00 | 25.00 |
| 196 | Per Page Copy  Additional | 0.25 | 49.00 |
| | | | |
| | Patient Name:LARRY THOMPSON | | |
| | DOB:8/1/1957 | | |
| | MIMA Account#:1496868 | | |
| | | | |
| | MIMA SUBPOENA | | |
| | DR KYLE ANDERSON SUBPOENA  RECORDS INCLUDED | | |
| | WITH ABOVE | | |
| | | | |
| | ROBERT F. BONNER, ESQ. | | |
| | PH 407-872-7774 | | |
| | FX 407-872-7997 | | |

Please include invoice # with payment
Thank You

| **Total** | $74.00 |

Brevard Co. Clerk of Court
Fax Header Sheet


TO: David Lane

(407)872-7997

FROM: BETHANY - RESEARCH

SCOTT ELLIS, CLERK OF COURT
P. O. BOX 2767
TITUSVILLE, FL 32780
PHONE: 321-637-2004 (LAND RECORDS)
FAX: 321-264-5246
PHONE: 321-637-2006 (RECORDING)
DIRECT EXT: 49427

DATE: 9/10/2010


NUMBER OF PAGES: 1

RECEIVED
SEP 1 0 2010

CHARGE:

**NOTES:** The total amount for the Entire case file for Larry Thompson is going to be $208.90

**MEIER, BONNER, MUSZYNSKI,
O'DELL & HARVEY, P.A.**
09/17/2010

**Payee:** CLERK OF CIRCUIT COURT - BREVARD COUNTY

**Amount:** $208.90     **For:** 10-1083 COPIES OF COURT FILE

**Check #** 21384

**Request #** 35043

**Conflict: N   By** *SC

| Matter ID | Matter Name | Amount |
|-----------|-------------|--------|
| 101083 | THOMPSON, LARRY & JUDITH V. SCOTT | $208.90 |

# SERVICES PERFORMED INVOICE

*Michael M. Cosgrove*
*950 N.W. 141ʳ Avenue*
*Apartment #108*
*Pembroke Pines, Florida 33028*

**SERVICE FOR:**
Robert E. Bonner
Attorney at Law
260 Wekiva Springs Road
Longwood, Florida 32779

**SERVICES RENDERED:** For Expert Witness Retention
**TAX ID NUMBER:** 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
**DATES:** Begin March 22, 2011
**NAME:** Michael M. Cosgrove, Ph.D.
**CASE:** Thompson v. Orlando PD

**BILL TO:**
Same as above.

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/20-9/2/13 | Coordination with Mr. Bonner reference trial testimony. Preparation for trial testimony. | 4 | 250.00 | 1000.00 |
| 9/3/13 | Travel to Orlando from Pembroke Pines, Florida for trial testimony and pre-trial conference with Mr. Bonner. | 4 | 200.00 | 800.00 |
| 9/4/13 | Trial testimony. | 4 | 500.00 | 2000.00 |
| 9/5/13 | Travel from Orlando to Pembroke Pines, Florida. | 4 | 200.00 | 800.00 |
| | | | Total: | $4,600.00 |

**Make checks payable to: Michael M. Cosgrove**

Travel costs include rental car, hotel, meals, incidentals, etc.

**Total Due Upon Receipt:** $4,600.00

# SERVICES PERFORMED INVOICE

**VERITAS & ASSOCIATES**
2860 State Rd. 84
Suite 116 PMB - 310
Ft. Lauderdale, Florida 33312
954-684-7255

**SERVICE FOR:**
David R. Lane
Attorney at Law
260 Wekiva Springs Road
Suite 2000
Longwood, Florida 32779

**BILL TO:**
League of Cities

| | |
|---|---|
| **CASE DESCRIPTION:** | Thompson v. Melbourne PD |
| **SERVICES RENDERED:** | Expert Witness Deposition |
| **TAX ID NUMBER:** | 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 |
| **DATES:** | Begin February, 2011 |
| **NAME:** | Michael M. Cosgrove, Ph.D. |

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------------------|-------|------|--------|
| 2/8/11 | Expert Witness Retainer. | 20 | 250.00 | 5000.00 |
| | | | | **$5,000.00** |

**Make checks payable to: Michael M. Cosgrove**

**Total Due Upon Receipt:** $5,000.00